**Jaborie BROWN, Petitioner—
Appellant,**

v.

**UNITED STATES of America, U.S. Department of Justice; Federal Bureau of Prisons, U.S.P. Lee County, Virginia, Respondents—Appellees.**

No. 10–7353.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 21, 2010.

Decided: Jan. 4, 2011.

Jaborie Brown, Appellant Pro Se.

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

nied as moot on March 11, 2010.

PER CURIAM:

Jaborie Brown, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Brown v. United States,* No. 7:10–cv–00390–jct–mfu, 2010 WL 3585431 (W.D.Va. Sept. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*